JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/05/13 | 1 | MOTION BRIEF, SCHEDULE AND CERT. OF SVC. -- Defts. Lord, Bissell & Brook and Leslie W. Michael -- SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: A. WALLACE TASHIMA (rh) |
| 85/05/21 | 2 | JOINDER -- Ned Schwartz, derivatively, on behalf and for the benefit of BankAmerica Corp. v. Bank America Corp., et al. plft. Ned Schwartz, N.D. Cal., C.A. No. C-85-2974-WWS -- w/cert. of svc. (rh) |
| 85/05/23 | | APPEARANCES -- MARY JO SHARTSIS, ESQ. for Riverhead Savings Bank, & F.S.D.; First Federal Savings & Loan Association and Missouri Savngs Association, ALAN D. BERSING, ESQ. for Bank of America N.T. & S.A., JOHN A. DONOVAN, ESQ. for Lord, Bissell & Brook and Lesil W. Michael, GEORGE H. LINK, ESQ. for Wells Fargo Bank, National Association and William Van Zile, KURT W. MELCHIOR, ESQ., for Advance Mortgage Corporation, BARBARA CRAY, ESQ. for Umpqua Savings & Loan Association, CHARLES C. WEHNER, ESQ. for National Mortgage Equity Corporation and David A. Feldman (rh) |
| 85/05/24 | 3 | REQUEST FOR EXTENSION OF TIME -- Deft. Wells Fargo Bank, National Association and Willaim Van Zile -- GRANTED TO AND INCLUDING 6/11/85 -- Notified involved counsel (rh) |
| 85/05/24 | 4 | REQUEST FOR EXTENSION OF TIME -- Pltf. Riverhead Savings Bank, F.S.B., First Federal Savings & Loan Association, and Missouri Savings Association -- GRANTED TO AND INCLUDING 6/11/85 -- Notified involved counsel (rh) |
| 85/05/28 | 5 | RESPONSE -- Pltf. Bank of America N.T. & S.A. -- w/cert. of svc. (rh) |
| 85/05/28 | 6 | RESPONSE -- Deft. Advance Mortgage Corporation -- w/cert. of svc. (rh) |
| 85/05/28 | | APPEARANCE: ALEXANDER BRAINERD for Mebac (rh) |
| 85/05/28 | 5 | RESPONSE -- Pltf. Bank of America N.T. & S.A. -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/29 | 7 | JOINDER -- Deft. National Mortgage Equity Corporation and David A. Feldman (Notice of additional action pending -- National Mortgage Equity Corp. v. West Pac Corp., et al., C.D. California, C.A. No. 85-1133-DWW(Mcx)) -- w/cert. of svc. (rh) |
| 85/06/03 | 8 | RESPONSE/NOTICE OF RELATED ACTION -- pltf. Ned Schwartz -- (re: Ned Schwartz, etc. v. BankAmerica Corp., et al., N.D. California, C.A. No. C-85-2974 WWS -- w/Exhibits A and B and cert. of service (cds) |
| 85/06/10 | | HEARING ORDER -- setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts (emh) |
| 85/06/11 | 9 | RESPONSE -- Wells Fargo Bank, National Association ad William Van Zile -- w/Memorandum, Response to Averments and cert. of service (cds) |
| 85/06/11 | 10 | RESPONSE -- Riverhead Savings Bank, First Federal Savings & Loan Association and Missouri Savings Association -- w/Memorandum and cert. of service (cds) |
| 85/06/13 | 11 | REQUEST FOR EXTENSION -- Lord, Bissell & Brook and Leslie W. Michael -- GRANTED TO MOVANT to and including June 21, 1985 -- Notified involved counsel (ds) |
| 85/06/13 | 12 | NOTICE OF ADDITIONAL ACTIONS -- Wells Fargo Bank, National Association and William Van Zile (ds) |
| 85/06/21 | 13 | REPLY MEMORANDUM -- Lord, Bissell & Brook and Leslie W. Micheal w/exhibits 1 and 2 and exhibits A thru c w/cert. of svc. (ds) |
| 85/07/10 | | HEARING APPEARANCES: JOHN A. DONOVAN, ESQ. for Lord Bissell & Brook and Leslie W. Michael, GEORGE H. LINK, ESQ. for Wells Fargo Bank, National Association and William Van Zile, GENE MESH, ESQ. for Ned Schwartz, ALAN D. BERSIN, ESQ. for Bank of America N.T. & S.A., GERALD J. RODOS, ESQ. for Virginia David, DAVID H. WEINSTEIN, ESQ. for William Gendelman, et al. and DONALD A. SCOTT, ESQ. for The Montana Power Co., W.P. Schmechel, John J. Burke, Walter G. Kelley, J. A. McElwain, and Donald K. Percival (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/10 | | HEARING APPEARANCES: JOHN A. DONOVAN, ESQ. for Lord Bissell & Brook and Lesile W. Michael, GOERGE H. LINK, ESQ. for Wells Fargo Bank, National Association and William Van Zile, GENE MESH, ESQ., for Ned Schwartz, ALAN D. BERSIN, ESQ. for Bank of American N.T. & S.A., HARVEY BESUNDER, ESQ. for Riverhead Savings Bank, First Federal Savings & Loan Association and Missouri Savings Association MARK JOSEPH KENNEY for Advance Mortgage Corporation (rh) |
| 85/07/10 | | WAIVER OF ORAL ARGUMENTS: Umpqua Savings and Loan Association, MEBAC, Inc., National Mortgage Equity Corp. and David A. Feldman (rh) |
| 85/07/30 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to C.D. California to the Hon. A. Wallace Tashima for transfer of litigation to pursuant to 28 U.S.C. §1407 (rh) |
| 85/07/30 | | TRANSFER ORDER -- Transferrring A-1, A-2, A-3, A-4 to the C.D. California pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges and misc. recipients (rh) |
| 85/08/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Ned Schwartz, et al., v. BankAmerica Corp., N.D. Cal., C.A. No. C-85-2974-WWS. Notified involved judges and counsel. (paa) |
| 85/08/22 | 14 | NOTICE OF OPPOSITION -- B-5 Ned Schwartz, et al. v. BankAmerica Corporation, et al., N.D. California, C.A. No. C-85-2974-WWS -- filed by Defts. Samuel H. Armacost, Leland S. Prussia, T.M. McDaniel, Jr. and J.B. Wiesler -- Notified involved counsel and judges (rh) |
| 85/08/22 | 15 | NOTICE OF OPPOSITION -- B-5 Ned Schwartz, et al. v. BankAmerica Corporation, et al., N.D. California, C.A. No. C-85-2974-WWS -- filed by Defts. BankAmerica Corporation and Bank of America N.T. & S.A. -- Notified involved counsel and judge (rh) |
| 85/09/06 | 16 | MOTION TO VACATE CTO/JOINDER IN MOTION AND MEMORANDUM -- filed by Defts. Samuel H. Armacost, Leland S. Prussia, T.M. McDaniel, Jr., and J.B. Wiesler -- (B-5 Ned Schwartz, et al. v. BankAmerica Corp., et al., N.D. Cal., C.A. No. C-85-2974 WWS) w/cert. of svc. (ds) |

JPML FORM 1A

B.4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/01 | 17 | ORDER -- (from N.D. California), Dismiss B-5 Schwartz, et al. v. BankAmerica Corp., et al., C.A. No. C85-2974-WWS -- signed by Judge William W. Schwarzer (rh) |
| 85/10/01 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-5 Ned Schwartz, et al. v. BankAmerica Corp., et al., N.D. Cal., C.A. No. C85-2974-WWS -- Notified involved judges and clerk (rh) |
| 87/10/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-10 Ned Schwartz, et al. v. BankAmerica Corporation, et al., N.D. California, C.A. No. 85-2974-WWS -- Notified involved counsel and judges (rh) |
| 87/10/29 | 18 | NOTICE OF OPPOSITION -- Filed by defendants BankAmerica Corporation and Bank of America N.T.& S.A. in C-10 Schwartz v. Bank of America Corporation, et al., C.A. No. C-85-2974 WWS -- w/cert. of svc. (tmq) |
| 87/10/29 | 19 | NOTICE OF OPPOSITION -- Filed by defendants Samuel H. Armacost, Leland S. Prussia, J.M. McDaniel, Jr. and J.B. Whiesler in C-10 Schwartz v. Bank of America Corporation, et al., C.A. No. C-85-2974 WWS -- w/cert. of svc. (tmq) |
| 87/11/12 | 20 | LETTER dated 11/12/87 -- signed by all parties in Schwartz (cds) |
| 87/11/13 | 21 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/SCHEDULE, MEMORANDUM (re. C-10 Schwartz) -- defts. BankAmerica Corp. and Bank of America N.T.&S.A. -- w/DECLARATION OF MELVIN R. GOLDMAN WITH EXHIBITS, DECLARATION OF ANNE H. EGERTON WITH EXHIBITS, JOINDER OF DEFTS. ARMACOST, PRUSSIA, McDANIEL AND WIESLER and CERT. OF SERVICE (cds) |
| 87/12/01 | 22 | RESPONSE -- (to pldg. #18) Filed by Ned Schwartz -- w/cert. of svc. (rh) |
| 87/12/01 | 23 | LETTER -- Filed by BankAmerica Corp., dated 11/30/87 & signed by James M. Finberg -- Re: update on status of C-10 Schwartz, etc. -- w/cert. of svc. (rh) |

JPML FORM 1A
p. 5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/04/01 | 24 | LEETER -- Filed by BankAmerica Corp., dated 3/31/88 & signed by James M. Finberg -- (Re: update on status of C-10 Schwartz, ect.) -- w/order and cert. of svc. (rh) |
| 88/07/07 | 25 | LETTER w/ATTACHMENTS -- deft. Bankamerica Corp. re: dismissals and appeals regarding C-10 Ned Schwartz (ds) |
| 88/07/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-10 Ned Schwartz, etc. v. Bankamerica Corporation, et al., N.D. California, C.A. No. C85-2974-WWS -- Notified involved counsel, judges and clerk. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 647 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 30, 1985 | TO | unpublished | 973 C.D. California | Hon. A. Wallace Tashima | |

Special Transferee Information

DATE CLOSED: 6/29/90
12/14/91

JPML FORM 1          LISTING OF INVOLVED ACTIONS          C.D. California
J. Tashima

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bank of America N.T. & S.A. v. National Mortgage Equity Corporation, et al. | Cal.,C. | 85-1415-~~SC~~ | | | 4/30/91 | |
| A-2 | Riverhead Savings Bank, F.S.B. v. Wells Fargo Bank, et al. | Cal.,N. Conti | C85-2742-SC | 7-30-85 | 85-5493 | 8/8/89 | |
| A-3 | First Federal Savings & Loan Association v. Wells Fargo Bank, et al. | Cal.,N. Conti | C85-2743-SC | 7-30-85 | 85-5494 | 7/31/89 | |
| A-4 | Missouri Savings Association v. Wells Fargo Bank, et al. | Cal.,N. Conti | C85-3064-~~MHP~~ SC | 7-30-85 | 85-5495 | 6/12/89 | |
| B-5 | Ned Schwartz, etc. v. BankAmerica Corp., et al.   8/7/85   85-2285 | Cal.,N. Schwarzer | C85-2974-WWS (See C-10) | | | | Vacated 10-1-85 |
| ~~B-6~~ | ~~Ned Schwartz, etc. v. BankAmerica Corp., et al.~~ error | ~~Cal.,N.~~ ~~Schwarzer~~ | ~~C85-2975-WWS~~ | | | | |
| XYZ-6 | National Mortgage Equity v. West Pac Corp., et al. | Cal.,C | C85-1133 | | | 12/14/91 | JS-6 |
| XYZ-7 | National Mortgage Equity Corp. v. American Title Ins. Co. | Cal.,C. | C84-0586 | | | 6/29/90 | |

July 1986 - 3 TR; 3-XYZ; 6 Pdg.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-8 | Glacier General Assurance v. Stewart Title Guaranty | Cal.,C | CV84-8689-AWT | | | 5/12/89 | Reopened 5/22/89 |
| XYZ-9 | Wells Fargo Bank v. Missouri Savings Assn. | Cal.,C. | CV85-7800AWT | | | 9/27/89 | |

July 1987 - 2 XYZ; 8 Pending

DOCKET NO. 647 -- In re National Mortgage EQuity Corporation Mortgage Pool Certificates Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-10 | Ned Schwartz, etc. v. BankAmerica Corporation, et al. 10-13-87 Opposed 10/29/87 | N.D.Cal. Schwarzer | 85-2974-WWS | | | | Vacated 7/7/88 (Same As B-5) |
| XYZ-11 | Andrea Bennett, et al. v. Bank of American N.T. & S.A., etc., et al. July 1988 - 1 XYZ/9 Pending July 1989 - Same July 1990 - Same July 1991 - ? | C.D.Cal. Tashima | CV86-7302-AWT | | | 1-30-90 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

---

BANK OF AMERICA N.T. & S.A. (A-1)
Alan D. Bersin, Esq.
Munger, Tolles & Rickershauser
612 South Flower Street
Fifth Floor
Los Angeles, CA  90017

RIVERHEAD SAVINGS BANK, F.S.B. (A-2)
FIRST FEDERAL SAVINGS & LOAN ASSN. (A-3)
MISSOURI SAVINGS ASSOCIATION (A-4)
Mary Jo Shartsis, Esq.
Shartsis, Friese & Ginsburg
One Maritime Plaza, 18th FL
San Francisco, CA  94111

NATIONAL MORTGAGE EQUITY CORPORATION
DAVID FELDMAN
Charles C. Wehner, Esq.
Wehner & Perlman
11150 Olympic Boulevard, Ste. 1030
Los Angeles, CA  90064

LORD, BISSELL & BROOK
LESLIE W. MICHAEL
John A. Donovan, Esq.
Skadden, Arps, Slate, Meagher & Flom
300 South Grand Ave.
Los Angeles, CA  90071

WEST-PAC CORPORATION  (no appearance)
KENT B. ROGERS
Alan W. Curtis, Esq.
3955 Birch, Suite 200
Newport Beach, CA  92660

WELLS FARGO BANK, NAT'L ASSN.
WILLIAM VAN ZILE
George H. Link, Esq.
Brobeck, Phleger & Harrison
444 South Flower Street
Suite 4300
Los Angeles, CA  90017

ADVANCE MORTGAGE CORPORATION
Kurt W. Melchior, Esq.
Severson, Werson, Berke & Melchior
One Embarcadero Center, 25th Floor
San Francisco, CA  94111

UMPQUA SAVINGS & LOAN ASSOCIATION
Barbara Cray, Esq.
McKenna, Conner & Cuneo
One Market Plaza
Steuart Street Tower, 27th Floor
San Francisco, CA  94105

MEBAC
Alexander L. Brainerd, Esq.
Bronson, Bronson & McKinnon
Bank of America Center
555 California Street
San Francisco, CA  94109

NED SCHWARTZ, ETC. (C-10)
Gene Mesh, Esq.
Richard S. Wayne, Esq.
P.O. Box 29073
3133 Burnet Avenue
Cincinnati, OH  45229

David B. Gold, Esq.
Paul F. Bennett, Esq.
595 Market Street, Suite 2300
San Francisco, CA  94105

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

BANKAMERICA CORP. (deft. C-10)
James M. Finberg, Esq.
Morrison & Foerster
California Center
345 California Street
San Francisco, CA  94104

BANK OF AMERICA (deft. C-10)
Robert Padway, Esq.
Legal Dept.
Bank of America
555 California Street
San Francisco, CA  94105

SAMUEL H. ARMACOAST
LELAND S. PRUSSIA
J.M. McDANIEL, JR.
J.B. WHIESLER (defts. C-10)
Evelyn Balderman Hutt, Esq.
Hufstedler, Miller, Carlson & Beardsley
355 South Grand Avenue, 45th Floor
Los Angeles, CA  90017-3107

ROBERT H. SHERRETT (deft. C-10)
unable to determine counsel or address

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 647 -- In re National Mortgage Equity Corporation Mortgage Pool Certificates Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Mortgage Equity Corporation | A-1, A-2, A-3, A-4 |
| David A. Feldman | A-1, A-2, A-3, |
| Lord Bissell & Brook | A-1, A-2, A-3, A-4 |
| Leslie W. Michael | A-1, A-2, A-3, A-4 |
| West-Pac Corporation | A-1, |
| Kent B. Rogers | A-1 |
| Wells Fargo Bank, National Association | A-2, A-3, A-4 |
| William Van Zile | A-2, A-3, A-4 |
| Umqua Savings & Loan Association | A-2, |
| MEBAC | A-2 |
| Advance Mortgage Corporation | A-1, A-4 |

p. 2

| Name | Marks |
|---|---|
| BankAmerica Corp. | B-5 ~~B-6~~, C-10 |
| Bank of America | B-5 ~~B-6~~, C-10 |
| Samuel H. Armacost | B-5 ~~B-6~~, C-10 |
| Leland S. Prussia | B-5 ~~B-6~~ C-10 |
| J. M. McDaniel, Jr | B-5 ~~B-6~~, C-10 |
| Robert H. Shurrett | B-5 ~~B-6~~ C-10 |
| J. B. Wheeler | B-5 ~~B-6~~ C-10 |